**O'NEILL, WALLACE & DOYLE, P.C.**
*Attorneys and Counselors*

| FLINT<br>Northbank Center<br>432 North Saginaw Street<br>Suite 427<br>Flint, Michigan 48502<br>810/732-7079 | SAGINAW<br>FOUR FLAGS OFFICE CENTER<br>300 ST. ANDREWS ROAD<br>SUITE 302<br>SAGINAW, MICHIGAN 48638<br><br>989/790-0960<br>FACSIMILE 989/790-6902 | PETOSKEY<br>455 Bay Street<br>Suite D<br>Petoskey, Michigan 49770<br>231/487-9153 |
|---|---|---|

\*\*\*\*

**KAILEN C. PIPER**
kpiper@owdpc.com

April 19, 2024

**VIA EMAIL AND U.S. MAIL**

Mr. Tom R. Pabst
Attorney at Law
2503 South Linden Road
Flint, Michigan  48532

Re:  Rodgers v Fenton Area Public Schools, et al
     Our File:  M 23-241

Dear Mr. Pabst:

You will please find enclosed on behalf of Defendants GearUp2Lead and Winston Stoody, the following:

1. Answers to Plaintiff's Interrogatories;
2. Answers to Plaintiff's Requests for Production of Documents;
3. Thumb drive containing the referenced attachments.

Should you have any questions, please do not hesitate to so advise.

Thank you.

Very truly yours,

*/s/ KCP*

KAILEN C. PIPER

KCP:jmc
Enclosures
cc  Timothy Mullins/Kenneth Chapie/Lindsay P. Hazen (via email and U.S. Mail)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KELLY RODGERS, | )Case No.: 23-13110 |
| Plaintiff, | ) |
| v | ) HONORABLE |
| | ) GERSHWIN A. DRAIN |
| FENTON AREA PUBLIC SCHOOLS, | ) |
| GEARUP2LEAD, ADAM HARTLEY and | ) |
| WINSTON STOODY, | ) |
| Defendants. | ) |

TOM R. PABST, P.C.
TOM R. PABST (P 27872)
Attorney for Plaintiff
2503 South Linden Road
Flint, Michigan  48532
810/732-6792

O'NEILL, WALLACE, & DOYLE, P.C.
BY:  KAILEN C. PIPER (P 82865)
Attorney for Defendants GEARUP2LEAD
 HARTLEY and STOODY
300 St. Andrews Road, Suite 302
Saginaw, Michigan  48638
989/790-0960

GIARMARCO, MULLINS & HORTON, P.C.
BY:   TIMOTHY MULLINS (P28021)
        KENNETH CHAPIE (P66148)
        LINDSAY P. HAZEN (P85861)
Attorney for Defendants FENTON and HARTLEY
101 W. Big Beaver Road, 10th Floor
Troy, Michigan  48084-5280
248/457-7020

## ANSWERS TO PLAINTIFF'S INTERROGATORIES

NOW COME Defendants, GEARUP2LEAD and WINSTON STOODY, by and through their Attorneys, O'NEILL, WALLACE & DOYLE, P.C., by KAILEN C. PIPER, and in Answer to Plaintiff's Interrogatories, states as follows:

### INTERROGATORY NO. 1

State the name, address, employer and capacity in which employed of the individual answering these discovery requests for and on behalf of Defendants.

**ANSWER:** Defendants object to the instant interrogatory as vague, ambiguous, and overbroad. Without waiving said objections, Winston Stoody, Executive Director of GearUp2Lead, who may be contacted through counsel.

### INTERROGATORY NO. 2

Please identify, numerically and with specificity, each and every email, text message, letter, memo, contract and/or writing of any sort which touches upon, mentions, relates to and/or in any way concerns the business and/or educational relationship between Fenton Area Public Schools and GEARUP2LEAD.

**ANSWER:** Defendants object to the instant interrogatory as vague, ambiguous, overbroad, overburdensome, irrelevant, outside the scope of discovery and constitutes an impermissible fishing expedition. Defendants further object to the extent that this request calls for attorney-client privilege and / or work product. Without waiving said objections, please see the attached.

### INTERROGATORY NO. 3

Please identify, numerically and with specificity, the date of each and every meeting that took place regarding the business and/or educational relationship between Fenton Area Public Schools and GEARUP2LEAD, and any writing pertaining thereto.

**ANSWER:** Defendants object to the instant interrogatory as vague, ambiguous, overbroad, overburdensome, irrelevant, outside the scope of discovery and

constitutes an impermissible fishing expedition. Defendants further object to the extent that this request calls for attorney-client privilege and / or work product. Without waiving said objections, and upon information and belief, please see the attached.

### INTERROGATORY NO. 4

Please identify, numerically and with specificity, each and every email, text message, letter, memo, report, witness statement, newspaper article and/or writing of any sort which touches upon, mentions, relates to and/or in any way concerns the investigation that was conducted by Fenton Area Public Schools relating to their decision to terminate their contract with GEARUP2LEAD.

**ANSWER:** Defendants object to the instant interrogatory as vague, ambiguous, overbroad, overburdensome, and irrelevant. Defendants also object to the extent that this request is a fishing expedition. Defendants further object to the extent that this request calls for attorney-client privilege and / or work product. Without waiving said objections, these defendants are not aware of an investigation by Fenton Area Public Schools.

### INTERROGATORY NO. 5

Please identify the name, address, and capacity in which employed of each and every person to participated in the investigation and/or decision by Fenton Area Public Schools to terminate their contract with GEARUP2LEAD, and any writing pertaining thereto.

**ANSWER:** Defendants object to the instant interrogatory as vague, ambiguous, overbroad, overburdensome, and irrelevant. Defendants also object to the extent that this request is a fishing expedition. Defendants further object to the extent that this request calls for attorney-client privilege and / or work product. Without waiving said objections, please see answer to interrogatory number 4.

### INTERROGATORY NO. 6

For the past ten (10) years, please identify the name, address, title, salary and capacity in which employed of each and every Officer and/or Board Member of GEARUP2LEAD, and any writing pertaining thereto.

**ANSWER:** Defendants object to the instant interrogatory as vague,

ambiguous, overbroad, irrelevant, overburdensome, constitutes an improper fishing expedition, and is outside the permissible scope of discovery as set forth by FRCP 26(b). Without waiving said objections and upon information and belief, please see the attached list of Board Members.

## INTERROGATORY NO. 7

For the past ten (10) years, please identify the name, address, title and salary of each and every employee of Fenton Area Public School who interfaced and/or worked with GEARUP2LEAD. Please also include the job duties of each and every employee identified.

**ANSWER:** Defendants object to the instant interrogatory as vague, ambiguous, overbroad, irrelevant, overburdensome, constitutes an improper fishing expedition, and is outside the permissible scope of discovery as set forth by FRCP 26(b). Without waiving said objections and upon information and belief, these Defendants are aware of the following former and current employees of Fenton Area Public Schools who had contact with GearUp2Lead: Hiedie Ciesielski, Tiffany Peeler, Jim Goldon, Amanda Mogford, Linda Vollick, Barb Stinson, Eric Rettenmund, and Adam Hartley. Please also see the attached discovery responses, initial disclosures, and witness lists filed in this action.

## INTERROGATORY NO. 8

Please identify the name, address, and title of each and every employee of the Fenton Area School District whom Kelly Rodgers complained to about fraudulent and/or questionable activity by GEARUP2LEAD.

**ANSWER:** Defendants object to the instant interrogatory as vague, ambiguous, and overbroad. Without waiving said objections and upon information and belief, these Defendants do not have any knowledge of the information requested.

## INTERROGATORY NO. 9

Please identify, numerically and with specificity, each and every email, text message, letter, memo, report, complaint, concern and/or writing of any sort which touches upon, mentions, relates to and/or in any way concerns Kelly Rodgers and/or her employment with Defendants.

**ANSWER:** Defendants object to the instant interrogatory as vague, ambiguous, overbroad, irrelevant, overburdensome, constitutes an improper fishing expedition, and is outside the permissible scope of discovery as set forth by FRCP 26(b). Without waiving said objections and upon information and belief, please see the attached.

GEARUP2LEAD

*/s/ Winston Stoody*

Winston Stoody
GearUp2Lead Executive Director

Date: 4/18/24

AS TO OBJECTIONS ONLY:

*/s/ Kailen C. Piper*

KAILEN C. PIPER (P 82865)
Attorney for Defendants
300 St. Andrews Road, Suite 302
Saginaw, Michigan 48638

Date: 4/19/24

5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KELLY RODGERS, | ) Case No.: 23-13110 |
| Plaintiff, | ) |
| v | ) HONORABLE |
| | ) GERSHWIN A. DRAIN |
| FENTON AREA PUBLIC SCHOOLS, GEARUP2LEAD, ADAM HARTLEY and WINSTON STOODY, | ) |
| Defendants. | ) |

TOM R. PABST, P.C.
TOM R. PABST (P 27872)
Attorney for Plaintiff
2503 South Linden Road
Flint, Michigan 48532
810/732-6792

O'NEILL, WALLACE, & DOYLE, P.C.
BY: KAILEN C. PIPER (P 82865)
Attorney for Defendants GEARUP2LEAD
 HARTLEY and STOODY
300 St. Andrews Road, Suite 302
Saginaw, Michigan 48638
989/790-0960

GIARMARCO, MULLINS & HORTON, P.C.
BY: TIMOTHY MULLINS (P28021)
    KENNETH CHAPIE (P66148)
    LINDSAY P. HAZEN (P85861)
Attorney for Defendants FENTON and HARTLEY
101 W. Big Beaver Road, 10th Floor
Troy, Michigan 48084-5280
248/457-7020

## ANSWERS TO PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS

NOW COME Defendants, GEARUP2LEAD and WINSTON STOODY, by and through their Attorneys, O'NEILL, WALLACE & DOYLE, P.C., by KAILEN C. PIPER, and in Answer to Plaintiff's Requests for Production of Documents, dated March 8, 2024 states as follows:

### REQUEST TO PRODUCE NO. 1

Pursuant to FRCP 34, please produce each and every email, text message, letter, memo, and/or writing of any sort which touches upon, mentions, relates to, and/or in any way concerns the items identified by you in the preceding Interrogatory.

**RESPONSE:** Defendants object to the instant interrogatory as vague, ambiguous, overbroad, overburdensome, and irrelevant. Defendants also object to the extent that this request is a fishing expedition. Defendants further object to the extent that this request calls for attorney-client privilege and / or work product. Without waiving said objections, please see these Defendants' answer to interrogatory number 2 of Plaintiff's Interrogatories to Defendants dated March 8, 2024.

### REQUEST TO PRODUCE NO. 2

Pursuant to FRCP 34, please produce each and every item identified by you in the preceding Interrogatory, including, but not limited to meeting agendas and/or meeting minutes.

**RESPONSE:** Defendants object to the instant interrogatory as vague, ambiguous, overbroad, overburdensome, and irrelevant. Defendants also object to the extent that this request is a fishing expedition. Defendants further object to the extent that this request calls for attorney-client privilege and / or work product. Without waiving said objections, please see these Defendants' answer to interrogatory number 3 of Plaintiff's Interrogatories to Defendants dated March 8, 2024.

### REQUEST TO PRODUCE NO. 3

Pursuant to FRCP 34, please produce each and every item identified by you in the preceding Interrogatory.

**RESPONSE:** Defendants object to the instant interrogatory as vague, ambiguous, overbroad, overburdensome, and irrelevant. Defendants also object to the extent that this request is a fishing expedition. Defendants further object to the extent that this request calls for attorney-client privilege and / or work product. Without waiving said objections, please see these Defendants' answer to interrogatory number 4 of Plaintiff's Interrogatories to Defendants dated March 8, 2024.

### REQUEST TO PRODUCE NO. 4

Pursuant to FRCP 34, please produce each and every item identified by you in the preceding Interrogatory.

**RESPONSE:** Defendants object to the instant interrogatory as vague, ambiguous, overbroad, overburdensome, and irrelevant. Defendants also object to the extent that this request is a fishing expedition. Defendants further object to the extent that this request calls for attorney-client privilege and / or work product. Without waiving said objections, please see these Defendants' answer to interrogatory number 4 of Plaintiff's Interrogatories to Defendants dated March 8, 2024.

### REQUEST TO PRODUCE NO. 5

Pursuant to FRCP 34, please produce each and every item identified by you in the preceding Interrogatory.

**RESPONSE:** Defendants object to the instant interrogatory as vague, ambiguous, overbroad, overburdensome, and irrelevant. Defendants also object to the extent that this request is a fishing expedition. Without waiving said objections, please see these Defendants' answer to interrogatory number 6 of Plaintiff's Interrogatories to Defendants dated March 8, 2024.

### REQUEST TO PRODUCE NO. 6

Pursuant to FRCP 34, please produce each and every item identified by you in the preceding Interrogatory.

**RESPONSE:** Defendants object to the instant interrogatory as vague, ambiguous,

overbroad, overburdensome, and irrelevant. Defendants also object to the extent that this request is a fishing expedition. Without waiving said objections, please see these Defendants' answer to interrogatory number 7 of Plaintiff's Interrogatories to Defendants dated March 8, 2024.

### REQUEST TO PRODUCE NO. 7

Pursuant to FRCP 34, please produce each and every item identified by you in the preceding Interrogatory.

**RESPONSE:** Defendants object to the instant interrogatory as vague, ambiguous, and overbroad. Without waiving said objections, please see these Defendants' answer to interrogatory number 8 of Plaintiff's Interrogatories to Defendants dated March 8, 2024.

### REQUEST TO PRODUCE NO. 8

Pursuant to FRCP 34, please produce each and every item identified by you in the preceding Interrogatory.

**RESPONSE:** Defendants object to the instant interrogatory as vague, ambiguous, overbroad, and overburdensome. Without waiving said objections, please see these Defendants' answer to interrogatory number 9 of Plaintiff's Interrogatories to Defendants dated March 8, 2024.

Respectfully submitted,

/s/ KAILEN C. PIPER
KAILEN C. PIPER (P82865)
Attorney for Defendants GEARUP2LEAD
300 St. Andrews Road, Suite 302
Saginaw, Michigan 48638

Date: April 19, 2024

4