Gmail

Tom Pabst <tom.r.pabst@gmail.com>

## Rodgers v. Fenton Area Public Schools, et al

**Tom Pabst** <tom.r.pabst@gmail.com>                                                                 Sat, Apr 20, 2024 at 1:38 PM
To: Janice Connolly <jmconnolly@owdpc.com>
Cc: "Law Office of Tom R. Pabst, P.C." <office@tomrpabstpc.com>, Tim Mullins <tmullins@gmhlaw.com>, "Ken B. Chapie" <kchapie@gmhlaw.com>, "Lindsay P. Hazen" <lhazen@gmhlaw.com>, Kailen Piper <kpiper@owdpc.com>, Bunny Binno <ebinno@gmhlaw.com>, Jarrett Pabst <pabstjar@gmail.com>
Bcc: Heather Coha <hbcoha@gmail.com>, Jarrett Pabst <pabstjar@gmail.com>, Tom Pabst <tomrpabst@gmail.com>

Dear Ms. Piper:

   I received what you incorrectly claim are answers to our discovery requests, but they are anything but proper answers under the FRCPS. Instead, you have engaged in a studied purpose NOT to properly answer with specious and disingenuous non meritorious objections such as :

   " Defendants object to the instant interrogatory as vague, ambiguous, overbroad, overburdensome, irrelevant, outside the scope of discovery and constitutes an impermissible fishing expedition. Defendants further object to the extent that this request calls for attorney-client privilege and/or work product."

See Ds' OBJ to int # 2. Moreover, Ds are obligated under the FRCPs to itemize the documents Ds claim to be turning over, instead of just "dump truck" unloading an undefined mass of documents and items on plaintiff without identifying what is allegedly being dump truck unloaded on us. Ds have made no real effort at all to ID the documents in answer to the interrogatory. None!

   I don't accept these as legitimate answers under the FRCPs. I therefore ask you to provide the ID of whatever documents you claim you are turning over, which is a proper answer to our interrogatory,so that I can determine whether any particular document Ds claim was turned over has in fact been turned over. I also just sent Ds **a very specific and precise** set of discovery that I expect proper answers to under the FRCPs, or you can consider this my request for concurrence in a motion to compel and/to deem requests to admit to be admitted and for attorney fees and costs for making you abide by the FRCPs and the rules governing officers of the court. Similarly, if you have no intention to edit these Ds' nonanswers, also consider this my request for concurrence in such a motion to be filed.

   How frivolous Ds' answers are is shown by your objection to P's request for the ID--the ID!-- of the person answering these discovery requests as "...vague, ambiguous, and overbroad"! See INT # 1.

                                                                                Tom Pabst

[Quoted text hidden]