UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLY RODGERS,

    Plaintiff,                    CASE NO:  2:23-cv-13110

v.                                  JUDGE GERSHWIN A. DRAIN

FENTON AREA PUBLIC SCHOOLS, GEARUP2LEAD, a Domestic Nonprofit Corporation, ADAM HARTLEY, individually and in his official capacity as Superintendent, and WINSTON STOODY, individually and in his official capacity as Executive Director,

    Defendants.

**Proof of Service**

The undersigned certifies that the foregoing instrument was served upon all parties, through each attorney of record, at their respective addresses disclosed on the pleadings on: 4/18/24  by:

      X   Email         X   U.S. Mail

    Signature:   /s/HEATHER B. COHA

| TOM R. PABST (P27872)<br>JARRETT M. PABST (P73698<br>Representing Plaintiff<br>2503 S. Linden Road<br>Flint, MI  48532<br>(810) 732-6792 | KAILEN C. PIPER (P28021)<br>Representing Defendants GEARUP,<br> Hartley and Stoody<br>300 St. Andrews Road, Suite 302<br>Saginaw, MI 48638<br>(989) 790-0960<br><br>TIMOTHY MULLINS (P28021)<br>KENNETH CHAPIE (P66148)<br>Representing Defendants Fenton<br> Schools and Hartley<br>101 W. Big Beaver Road, 10th Floor<br>Troy, MI 48084-5280<br>(248) 457-7020 |
|---|---|

**PLAINTIFF'S 4/18/24 INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS, ITEMS, AND/OR THINGS TO DEFENDANTS**

PLEASE TAKE NOTICE that the following Interrogatories are directed to you under the provisions of FRCP 33, and the various subsections thereof. You are required to answer said Interrogatories and to furnish such information in answer to said Interrogatories as is available to you.  The information available to you shall include all information relevant under FRCP 33 which is within the possession or knowledge of your agents, employees, attorneys, investigators, or insurance carrier, or the agent, investigator, officer or employee of any such insurance carrier.

You are required to file answers to the Interrogatories within thirty (20) days from the date the Interrogatories are served upon Defendant, under oath, the original answers to be served upon Plaintiff's counsel.

The following Request for Production of Documents, Items and/or Things is directed to Defendants under the provisions of the Michigan General Court Rules, in particular FRCP 34, and the following items must be produced by Defendant within thirty (30) days from the date this Request for Production is served upon Defendant.

These Interrogatories and Request for Production shall be deemed continuing and supplemental answers shall be required immediately upon receipt thereof if Defendant directly or indirectly obtains further or different information from the time answers are served to the time of trial.

| | |
|---|---|
| 4/18/24 | /s/TOM R. PABST |
| Dated | TOM R. PABST (P27872) |
| | Counsel for Plaintiff |

PREPARED BY:
TOM R. PABST, P.C.
Attorneys at Law
2503 S. Linden Road
Flint, MI  48532
(810) 732-6792

2

**INTERROGATORY NO.** 1

State the name, address, employer and capacity in which employed of the individual answering these discovery requests for and on behalf of Defendants.

**ANSWER:**

## OPERATION OF DEFENDANT GEARUP2LEAD

**INTERROGATORY NO: 2**

Please state the name, address, employer, and capacity in which employed of each and every **officer** of Defendant GearUp2Lead for each year from 2016 to the present.

**ANSWER:**

**REQUEST TO PRODUCE:** Pursuant to FRCP 34, please produce each and every document related to your answer to the preceding Interrogatory.

**RESPONSE:**

**INTERROGATORY NO: 3**

Please state the name, address, employer, and capacity in which employed of each and every **director** of Defendant GearUp2Lead for each year from 2016 to the present.

**ANSWER:**

**REQUEST TO PRODUCE:** Pursuant to FRCP 34, please produce each and every document related to your answer to the preceding Interrogatory.

**RESPONSE:**

**INTERROGATORY NO: 4**

Please state the name, address, employer, and capacity in which employed of each and every **employee** of Defendant GearUp2Lead for each year from 2016 to the present.

**ANSWER:**

**REQUEST TO PRODUCE:** Pursuant to FRCP 34, please produce each and every document related to your answer to the preceding Interrogatory.

**RESPONSE:**

**INTERROGATORY NO: 5**

Please state the name, address, employer, capacity in which employed, and services provided of each and every person who was employed by, provided services for, was an outside vendor for, and/or an outside contractor of Defendant GearUp2Lead for each year from 2016 to the present.

**ANSWER:**

**REQUEST TO PRODUCE:** Pursuant to FRCP 34, please produce each and every document related to your answer to the preceding Interrogatory.

**RESPONSE:**

**INTERROGATORY NO: 6**

Please state the name, address, employer, and capacity in which employed of each and every person who was employed by or working at GearUp2Lead for each year from 2016 to the present.

**ANSWER:**

4

**REQUEST TO PRODUCE:** Pursuant to FRCP 34, please produce each and every document related to your answer to the preceding Interrogatory.

**RESPONSE:**

### INTERROGATORY NO: 7

Please state the name, address, employer, and capacity in which employed of each and every person from Defendant Fenton Area Public Schools who supervised the actions of Defendant GearUp2Lead for each year from 2016 to the present. In other words, who monitored which students were being accepted into the program, whether the teachers employed by GearUp2Lead were certified or not, and whether the students' IEPs were being followed, and how much money was being allocated to employees, etc.

**ANSWER:**

**REQUEST TO PRODUCE:** Pursuant to FRCP 34, please produce each and every document related to your answer to the preceding Interrogatory.

**RESPONSE:**

### MONIES PAID TO THE PARTIES

### INTERROGATORY NO: 8

For each year from 2016 to the present, identify any and all monies and/or renumeration (i.e. wages, benefits, bonuses, salary, etc.) that Defendant Winston Stoody received from –

      (a)    Defendant GearUp2Lead;
      (b)    The State of Michigan;
      (c)    Defendant Fenton Area Public Schools; and
      (d)    Any of the other Defendants.

Please also identify each and every W-2 or 1099 received by Defendant Winston Stoody during the same time period.

**ANSWER:**

**REQUEST TO PRODUCE:** Pursuant to FRCP 34, please produce each and every document related to your answer to the preceding Interrogatory, including but not limited to W-2 and 1099 statements.

**RESPONSE:**

**INTERROGATORY NO: 9**

For each year from 2016 to the present, identify any and all monies and/or renumeration (i.e. wages, benefits, bonuses, salary, etc.) that Defendant Adam Hartley received from –

   (a) Defendant GearUp2Lead;
   (b) The State of Michigan;
   (c) Defendant Fenton Area Public Schools; and
   (d) Any of the other Defendants.

Please also identify each and every W-2 or 1099 received by Defendant Adam Hartley during the same time period.

**ANSWER:**

**REQUEST TO PRODUCE:** Pursuant to FRCP 34, please produce each and every document related to your answer to the preceding Interrogatory, including but not limited to W-2 and 1099 statements.

**RESPONSE:**

**INTERROGATORY NO: 10**

For each year from 2016 to the present, identify any and all monies and/or renumeration (i.e. wages, benefits, bonuses, salary, etc.) that Nicole Hartley received from –

      (a)    Defendant GearUp2Lead;
      (b)    The State of Michigan;
      (c)    Defendant Fenton Area Public Schools; and
      (d)    Any of the other Defendants.

Please also identify each and every W-2 or 1099 received by Nicole Hartley during the same time period.

**ANSWER:**

**REQUEST TO PRODUCE:** Pursuant to FRCP 34, please produce each and every document related to your answer to the preceding Interrogatory, including but not limited to W-2 and 1099 statements.

**RESPONSE:**

**INTERROGATORY NO: 11**

For each year from 2016 to the present, identify any and all monies and/or renumeration (i.e. wages, benefits, bonuses, salary, etc.) that Plaintiff Kelly Rodgers received from –

      (a)    Defendant GearUp2Lead; and
      (b)    Defendant Fenton Area Public Schools.

Please also identify each and every W-2 or 1099 received by Plaintiff Kelly Rodgers.

**ANSWER:**

**REQUEST TO PRODUCE:** Pursuant to FRCP 34, please produce each and every document related to your answer to the preceding Interrogatory, including but not limited to W-2 and 1099 statements.

**RESPONSE:**

### INTERROGATORY NO. 11

Please identify any monies and/or renumeration of any sort that Defendant GearUp2Lead received from Defendant Fenton Area Public Schools and/or the State of Michigan for the education and/or placement of students for each year from 2016 to the present. In other words, how much money did Defendant GearUp2Lead receive from Defendant Fenton Area Public Schools and/or the State of Michigan for each student Defendant GearUp2Lead placed in Defendant Fenton Area Schools.

**ANSWER:**

**REQUEST TO PRODUCE:** Pursuant to FRCP 34, please produce each and every document related to your answer to the preceding Interrogatory.

**RESPONSE:**

### INTERROGATORY NO. 13

Please identify any monies and/or renumeration of any sort that Defendant Fenton Area Public Schools paid for the education and/or placement of students in any way affiliated with, or that came through GearUp2Lead for each year from 2016 to the present. In other words, how much money did Defendant Fenton Area Schools received from the State of Michigan for each student, and how much of that money was given to Defendant GearUp2Lead when a student was enrolled into Defendant Fenton Area Schools. Also explain what documents and/or contracts were generated concerning the division of money between Defendant Fenton Area Schools and Defendant GearUp2Lead.

**ANSWER:**

**REQUEST TO PRODUCE:** Pursuant to FRCP 34, please produce each and every document identified in your answer to the preceding Interrogatory.

**RESPONSE:**

**INTERROGATORY NO: 14**

Please identify the name, address, employer, and capacity in which employed of each and every person who conducted any type of investigation of the actions and/or operations of Defendant GearUp2Lead. Please also identify each and every report, email, letter, and/or writing of any sort which touches upon, mentions, and/or in any way concerns any such investigation.

**REQUEST TO PRODUCE:** Pursuant to FRCP 34, please produce each and every document identified by you in the preceding Interrogatory.

**RESPONSE:**

**REQUEST TO PRODUCE:** Pursuant to FRCP 34, for the years beginning with 2016 and each and every year to the present, please produce the following documents, items and/or things –

(a) Tax Returns for Defendant GearUp2Lead;
(b) Bylaws for Defendant GearUp2Lead;
(c) Articles of Incorporation, including amended Articles of Incorporation for Defendant GearUp2Lead;
(d) Minutes of all meetings conducted by officers, directors or employees of Defendant GearUp to Lead;
(e) Any contracts of employment where Defendant GearUp2Lead was a party;

    (f)    The attendance/enrollment records for each and every student (identified by initials) that was in any way affiliated with Defendant GearUp2Lea;

    (g)    Any and all progress reports for each and every student (identified by initials) enrolled in Defendant GearUp2Lead, and the date each student graduated from the program; and

    (h)    Any and all documents identified in Defendants' Initial Disclosures.

.

**RESPONSE:**