UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KELLY RODGERS, | ) <br> ) Case No.: 23-13110 <br> ) |
| Plaintiff, | ) |
| v | ) HONORABLE <br> ) GERSHWIN A. DRAIN |
| FENTON AREA PUBLIC SCHOOLS, GEARUP2LEAD, ADAM HARTLEY and WINSTON STOODY, | ) <br> ) <br> ) <br> ) |
| Defendants. | ) |

TOM R. PABST, P.C.
TOM R. PABST (P 27872)
Attorney for Plaintiff
2503 South Linden Road
Flint, Michigan 48532
810/732-6792
_____

O'NEILL, WALLACE, & DOYLE, P.C.
BY: KAILEN C. PIPER (P 82865)
Attorney for Defendants GEARUP2LEAD
 HARTLEY and STOODY
300 St. Andrews Road, Suite 302
Saginaw, Michigan 48638
989/790-0960
_____

GIARMARCO, MULLINS & HORTON, P.C.
BY: TIMOTHY MULLINS (P28021)
    KENNETH CHAPIE (P66148)
    LINDSAY P. HAZEN (P85861)
Attorney for Defendants FENTON and HARTLEY
101 W. Big Beaver Road, 10th Floor
Troy, Michigan 48084-5280
248/457-7020
_____

## DEFENDANTS GEARUP2LEAD AND WINSTON STOODY'S EXHIBIT LIST

NOW COMES Defendant, GEARUP2LEAD and WINSTON STOODY, by and through their attorneys, O'NEILL, WALLACE & DOYLE, P.C., by KAILEN C. PIPER, and for their Exhibit List state as follows:

1. Plaintiff's employment records and personnel files with Defendant and any and all other employers;

2. Plaintiff's emails, including Google account;

3. Any photographs, video or other media related to the instant matter;

4. Any and all discipline records of the Plaintiff;

5. Plaintiff's job descriptions;

6. Any and all text messages, emails, notes, or other correspondence relating to Plaintiff's employment with Defendant;

7. Any and all notes, emails, evaluations, applications, reprimand letters or other correspondence relating to Plaintiff's employment with any and all other employers;

8. Any and all of Plaintiff's employment contracts;

9. Any and all medical, psychiatric, psychological and/or counseling records relating to Plaintiff;

10. Plaintiff's tax returns and W-2 forms;

11. Any and all policies, procedures, handbooks, rules, regulation,

manuals, guidelines and/or protocols maintained by Defendant and applicable to Plaintiff's employment;

12. Any and all correspondence, including electronic mail, text messages, instant messages and other forms of written communication between and amongst Defendant's agents, servants and/or employees relating to or referencing Plaintiff;

13. Any and all documents obtained through the issuance of a subpoena in this matter;

14. Any and all documents disclosed through Plaintiff's and Co-Defendants' Initial Disclosures and/or Exhibit Lists;

15. All exhibits listed by other parties to this action;

16. All exhibits disclosed by way of written discovery requests;

17. All exhibits made known or necessary by discovery;

18. All exhibits made known or necessary as a result of the jury Trial of this cause;

19. Defendants reserve the right to list additional exhibits as they become known or necessary.

                Respectfully Submitted,

                /s/ KAILEN C. PIPER (P 82865)
                O'NEILL, WALLACE & DOYLE, P.C.
                KAILEN C. PIPER (P 82865)
                Attorneys for Defendants GEARUP2LEAD
                 and STOODY
                300 St. Andrews Road, Suite 302

                                          Saginaw, MI 48638

Date:  July 17, 2024

### CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send confirmation of such filing to the following:

| | |
|---|---|
| TOM R. PABST | jarrettpabst@prontonmail.com |
| | tom.r.pabst@gmail.com |
| | office@tomrpabstpc.com |
| | |
| TIMOTHY MULLINS | tmullins@gmhlaw.com |
| KENNETH CHAPIE | kchapie@gmhlaw.com |
| LINDSAY HAZEN | lhazen@gmhlaw.com |

                                      Respectfully Submitted,

                                      /s/ KAILEN C. PIPER (P 82865)
                                      O'NEILL, WALLACE & DOYLE, P.C.
                                      KAILEN C. PIPER (P 82865)
                                      Attorneys for Defendants GEARUP2LEAD
                                       and STOODY
                                      300 St. Andrews Road, Suite 302
                                      Saginaw, MI 48638

Date:  July 17, 2024