UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLY RODGERS,

       Plaintiff,                        Judge Gershwin Drain
                                            Magistrate Judge Curtis Ivy, Jr.
v                                                 No. 23-13110

FENTON AREA PUBLIC SCHOOLS,
GEARUP2LEAD, ADAM HARTLEY
and WINSTON STOODY,

       Defendants.
_____/

| | |
|---|---|
| TOM R. PABST (P27872) | TIMOTHY J. MULLINS (P28021) |
| TOM R. PABST, P.C. | KENNETH B. CHAPIE (P66148) |
| *Attorney for Plaintiff* | LINDSAY P. HAZEN (P85861) |
| 2503 South Linden Road, Suite 185 | GIARMARCO, MULLINS & HORTON, P.C. |
| Flint, MI 48532 | *Attorneys for Defendants, Fenton Area Public* |
| (810) 732-6792 | *Schools and Adam Hartley* |
| tom@tomrpabstpc.com | 101 W. Big Beaver Road, 10th Floor |
| | Troy, MI 48084-5280 |
| KAILEN C. PIPER (P82865) | (248) 457-7020 |
| O'NEILL, WALLACE & DOYLE, P.C. | tmullins@gmhlaw.com |
| *Attorney for Defendants Gearup2lead,* | kchapie@gmhlaw.com |
| *Hartley and Stoody* | lhazen@gmhlaw.com |
| 300 St. Andrews Road, Suite 302 | |
| Saginaw, MI 48638 | |
| (989) 790-0960 | |
| kpiper@owdpc.com | |

---

**DEFENDANTS FENTON AREA PUBLIC SCHOOLS AND ADAM HARTLEY'S WITNESS LIST**

For their witness list, Defendants identify the following:

1. Adam Hartley, Defendant.

2. Nicole Hartley, Former GearUp2Lead Primary Grades Program Director.

3. Winston Stoody, Defendant.

4. Kelly Rodgers, Plaintiff.

5. Jim Golen, Fenton Area Public Schools Teacher.

6. Heidie Ciesielski, Fenton Area Public Schools Superintendent.

7. Douglas Busch, Fenton Area Public Schools Executive Director of Finance and Personnel.

8. Amanda Mogford, Fenton Area Public Schools Student Enrollment Coordinator/Payroll Support Clerk.

9. Linda Vollick, Fenton Area Public Schools Child Accounting Data Coordinator.

10. Richard Thompson, Former GearUp2Lead Employee.

11. Tiffany Rouser, GearUp2Lead Program Director.

12. Emily Leonard, President of GearUp2Lead Board of Directors.

13. John Markey, Administrative Law Judge.

14. Agents, employees, representatives, record keepers, and record librarians of the Michigan Department of Education.

15. Any and all past and/or present agents, representatives, employees, volunteers, and/or personnel of Fenton Area Public Schools.

16. Any and all past and/or present students of Fenton Area Public Schools who, at any time, were also GearUp2Lead students/enrollees.

17. Any and all past and/or present agents, representatives, employees, volunteers, and/or personnel of GearUp2Lead.

18. Expert(s) to be identified.

19. All witnesses identified during the course of discovery.

20. All witnesses necessary to authenticate records and exhibits.

21. Rebuttal witnesses, as necessary.

22. All witnesses identified by Plaintiff.

23. Defendants reserve the right to supplement and amend this witness list as discovery continues.

/s/KENNETH B. CHAPIE
GIARMARCO, MULLINS & HORTON, PC
Attorney for Defendant

DATED: July 22, 2024

# CERTIFICATE OF ELECTRONIC SERVICE

KENNETH B. CHAPIE states that on July 22, 2024, he did serve a copy of **Defendants' Witness List** via the United States District Court electronic transmission.

/s/KENNETH B. CHAPIE
GIARMARCO, MULLINS & HORTON, PC
Attorney for Defendant
101 W. Big Beaver Road, 10th Floor
Troy, MI 48084-5280
(248) 457-7048
kchapie@gmhlaw.com
P66148