UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Kelly Rodgers,

                Plaintiff(s),

v.                                        Case No. 2:23−cv−13110−GAD−CI
                                               Hon. Gershwin A. Drain

Fenton Area Public Schools, et al.,

                Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Gershwin A. Drain at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 761.  The following motion(s) are *rescheduled* for hearing:

        Motion for Summary Judgment – #38
        Motion for Summary Judgment – #39

- MOTION HEARING:  July 17, 2025 at 11:00 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                            By: s/Marlena A Williams
                                                 Case Manager

Dated:  May 22, 2025