UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLY RODGERS,

      Plaintiff,

v.

Case No.: 23-cv-13110
Honorable Gershwin A. Drain

FENTON AREA PUBLIC SCHOOLS,
*et al*.,

      Defendants.
_____/

## **AMENDED ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

IT IS ORDERED that this matter is referred to U.S. Magistrate Judge Curtis Ivy pursuant to 28 U.S.C. § 636(b)(3) for the following purpose:

- Conduct Settlement Conference after U.S. District Judge Gershwin A. Drain resolves the pending dispositive motions [#38, #39].

Dated: June 3, 2025

                              /s/ Gershwin A. Drain
                              GERSHWIN A. DRAIN
                              UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
June 3, 2025, by electronic and/or ordinary mail.
/s/ Marlena Williams
Case Manager