UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Kelly Rodgers, | Case No. 23-13110 |
|               Plaintiff, | |
| v. | Gershwin A. Drain |
| | United States District Judge |
| Fenton Area Public Schools, et al., | |
|               Defendants. | Curtis Ivy, Jr. |
| _____/ | United States Magistrate Judge |

### NOTICE OF SETTLEMENT CONFERENCE VIA ZOOM

A SETTLEMENT CONFERENCE in the above-entitled case has been set for **October 3, 2025 at 10:00 A.M.** before U.S. Magistrate Judge Curtis Ivy, Jr. via Zoom. **CLIENT(S)/CLIENT REPRESENTATIVE(S) WITH FULL SETTLEMENT AUTHORITY MUST ATTEND THE SETTLEMENT CONFERENCE**.  An email will be sent to each respective party or counsel of record with zoom instructions at least two (2) business days prior to the mediation.

On or before **September 26, 2025,** the parties must submit concise confidential statements, no longer than five (5) pages, summarizing their respective position(s) on the case and the history of all settlement negotiations.  The page limit includes exhibits.  The Court will only read the first five (5) pages and will not entertain linked exhibits. Each party's confidential statement should be sent to Chambers by mail, faxed directly to (810) 341-7854 or emailed to Sara Krause, Judge Ivy's Case Manager at sara_krause@mied.uscourts.gov.  **Do not file or**

**place the mediation statement on the court docket**. **The Conference will be cancelled if the confidential statements are not received by the due date.**

Date: August 26, 2025

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 26, 2025, by electronic means and/or ordinary mail.

                                          s/Sara Krause
                                          Case Manager
                                          (810) 341-7850