UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KELLY RODGERS, | Case No. 23-13110 |
| Plaintiff, | Gershwin A. Drain |
| v. | United States District Judge |
| FENTON AREA PUBLIC SCHOOLS, *et al.*, | Curtis Ivy, Jr. United States Magistrate Judge |
| Defendants. | |
| _____/ | |

## ORDER ON PLAINTIFF's OBJECTION AND ANSWER TO THE ORDER TO SHOW CAUSE (ECF Nos. 54, 55)

On January 5, 2026, the Court order Plaintiff counsel to show cause why the mediation should not be cancelled because a confidential settlement statement had not been received prior to the December 31, 2025, deadline set in the October 1, 2025, Notice of Settlement Conference. (ECF Nos. 53, 54). Plaintiff counsel promptly contacted chambers to advise that a confidential mediation statement was submitted on September 8, 2025, following the initial August 14, 2025, settlement conference setting, and he also resubmitted the original confidential settlement statement to chambers. Plaintiff also filed an *Objection and Answer to Order for Plaintiff's Counsel to Show Cause* (ECF No. 55) indicating that he submitted a statement on September 8, 2025, that he "never fathomed that [he] would have to

re-date the previously submitted Confidential Settlement Statement," and that he had no intent to violate any court order.

As the appropriate action has been taken, the submission of a confidential settlement statement, it is hereby **ORDERED** that the Court's Order to Show Cause (ECF No. 54) is satisfied and is hereby **VACATED**. The Court notes that four months have lapsed since the Plaintiff's prior confidential settlement statement was submitted, and a new settlement statement was ordered so the Parties had an opportunity to update the Court on any developments that may have taken place over the prior four months. The Court never fathomed that the Parties would have not spoken or taken any further action in this case over a four-month period.

Date: January 5, 2026

s/Curtis Ivy, Jr.
Curtis Ivy, Jr.
United States Magistrate Judge