UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Kelly Rodgers,

                   Plaintiff(s),

v.                                          Case No. 2:23–cv–13110–GAD–CI
                                                  Hon. Gershwin A. Drain

Fenton Area Public Schools, et al.,

                   Defendant(s),

**NOTICE TO APPEAR REMOTELY**

    PLEASE TAKE NOTICE that a remote hearing has been scheduled before Magistrate Judge Curtis Ivy, Jr as follows:

- STATUS CONFERENCE:  January 7, 2026 at 02:30 PM

    The Court will host the hearing.  Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys.  Be advised that this is an attorneys–only proceeding.  Connection information and instructions may not be forwarded, distributed or shared with non–participants without the Court's advance approval.

    **ADDITIONAL INFORMATION:**   Microsoft Teams Link will be emailed to parties

**Certificate of Service**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                   By: <u>s/Sara L Krause</u>
                                                        Case Manager

Dated:  January 7, 2026