UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLY RODGERS,

    Plaintiff,

v.

    Case No.: 2:23-cv-13110
    Hon. Gershwin A. Drain

FENTON AREA PUBLIC
SCHOOLS, GEARUP2LEAD,
ADAM HARTLEY, and
WINSTON STOODY,

    Defendants.
_____/

## JUDGMENT

The above-entitled action came before the Court and in accordance with the Opinion and Order entered on this date:

Judgment is hereby entered in favor of Defendants and against Plaintiff. This case is DISMISSED WITH PREJUDICE.

Dated: March 13, 2026

KINIKIA ESSEX
CLERK OF THE COURT

BY:    s/Marlena Williams
           CASE MANAGER